**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-6914**

UNITED STATES OF AMERICA,

       Plaintiff - Appellee,

   v.

VICTOR WARDELL WRIGHT,

       Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Greenbelt.  Deborah K. Chasanow, Chief District Judge.  (8:06-cr-00038-DKC-1; 8:08-cv-02830-DKC)

Submitted:  November 18, 2010     Decided:  December 1, 2010

Before SHEDD and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Victor Wardell Wright, Appellant Pro Se.  Barbara Suzanne Skalla, Assistant United States Attorney, Greenbelt, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Victor Wardell Wright appeals the district court's order denying his Fed. R. Civ. P. 52(b) motion to amend. We have reviewed the record and find no reversible error. Accordingly, we affirm the judgment of the district court. Wright v. United States, Nos. 8:06-cr-00038-DKC-1, 8:08-cv-02830-DKC (D. Md. June 16, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

                                                    AFFIRMED